PROB 12C
(6/16)

Report Date: April 15, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Errott Barnes         Case Number: 0980 1:23CR02001-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 20, 2023

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(8)

Original Sentence:    Prison - 30 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon            Date Supervision Commenced: February 21, 2025

Defense Attorney:     Nick Mirr                   Date Supervision Expires: February 20, 2028

---

### PETITIONING THE COURT

To issue a summons.

On February 24, 2025, a probation officer met with Mr. Barnes and reviewed the conditions of supervision as outlined in the judgment. Mr. Barnes indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: Mr. Barnes is considered to be in violation of his supervised release by consuming methamphetamine or on about April 7, 2025. |
| | On April 7, 2025, Mr. Barnes reported to Triumph Treatment Services (Triumph) for a random drug test, and the sample was sent to the laboratory for testing. On April 14, 2025, probation received a laboratory report showing positive results for the presence of methamphetamine and amphetamine. Also, the results showed the sample was dilute and did not test positive for the presence of suboxone, which Mr. Barnes has been taking as part of his medically assisted treatment. |

Prob12C
**Re: Barnes, Raymond Errott**
**April 15, 2025**
Page 2

| | | |
|---|---|---|
| | | After receiving the laboratory report, probation contacted Mr. Barnes, on his cellular phone, to discuss the positive laboratory report. Mr. Barnes denied consuming any controlled substances. |
| | 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |
| | | **Supporting Evidence**: Mr. Barnes is considered to be in violation of his supervised release by consuming methamphetamine or on about April 13, 2025. |
| | | On April 14, 2025, Mr. Barnes sent probation a text message and admitted to smoking methamphetamine on April 13, 2025. Mr. Barnes stated he is dealing with the pain of his brother's death. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 15, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

April 16, 2025

Date