PROB 12C
(6/16)

Report Date: April 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Errott Barnes          Case Number: 0980 1:23CR02001-MKD-1

Address of Offender: ███████████████  Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 20, 2023

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(8)

Original Sentence:   Prison - 30 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Thomas J. Hanlon            Date Supervision Commenced: February 21, 2025

Defense Attorney:    Nick Mirr                   Date Supervision Expires: February 20, 2028

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this with the violations previously reported to the Court on April 15, 2025.

On February 24, 2025, a probation officer met with Mr. Barnes and reviewed the conditions of supervision as outlined in the judgment. Mr. Barnes indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Barnes is considered to be in violation of his supervised release by failing to report to U.S. Probation on April 28, 2025, as directed.

On April 23, 2025, Mr. Barnes reported to the U.S. Probation Office as directed. At the conclusion of the contact, Mr. Barnes was directed verbally and in writing to report back to U.S. probation on April 28, 2025, at 10 a.m.

Mr. Barnes failed to report or contact U.S. probation on April 28, 2025. This officer contacted Mr. Barnes on April 29, 2025, and he reported he forgot he had to report on April 28, 2025.

Prob12C
**Re: Barnes, Raymond Errott**
**April 30, 2025**
Page 2

| | | |
|---|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances | |

**Supporting Evidence**: Mr. Barnes is considered to be in violation of his supervised release by consuming methamphetamine on or about April 29, 2025.

On April 30, 2025, Mr. Barnes reported to the probation office as directed. During the contact, Mr. Barnes admitted to consuming methamphetamine on April 29, 2025, after he left his outpatient treatment group.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition with the violations previously reported to the Court. Mr. Barnes is scheduled to appear for an initial appearance in Magistrate Court on May 2, 2025, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 30, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

April 30, 2025

Date