No. PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2025

SEAN F. MCAVOY, CLERK

U.S.A. vs.        Raymond Errott Barnes              Docket No.      1:23-CR-02001-MKD-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Raymond Errott Barnes, who was placed conditions of release by the Honorable U.S. Magistrate Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 5th day of May 2025, under the following conditions:

**(ECF 56) #3:** Defendant shall be temporarily released from custody to a representative of James Oldham Treatment Center (JOTC) on May 7, 2025, at 9 AM and shall proceed directly to and enter treatment at JOTC.

**(ECF 56) #4:** If Defendant leaves before or during the transport to the treatment facility, after arrival to the treatment facility, or is terminated from treatment for any reason, the treatment facility personnel shall immediately notify the United States Probation/Pretrial Services Officer, who shall in turn immediately notify the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Raymond Barnes is alleged to be in violation of his pretrial release conditions by unsuccessfully being discharged from James Oldham Treatment Center on May 30, 2025.

On May 30, 2025, U.S. Probation received several phone calls from the clinical supervisor at JOTC regarding Mr. Barnes. According to JOTC staff, Mr. Barnes tested positive for the presence of suboxone on May 30, 2025. Mr. Barnes was not approved to take suboxone at JOTC. Because Mr. Barnes chose to take suboxone and refused to follow treatment recommendations, he was unsuccessfully discharged from JOTC on May 30, 2025.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:   May 30, 2025 |
| by | s/Phil Casey |
|   | Phil Casey<br>U.S. Pretrial Services Officer |

PS-8
Re: Barnes, Raymond
May 30, 2025
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

5/30/2025
Date