PROB 12C
(6/16)

Report Date: September 5, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2025

SEAN F. McAVOY, CLERK

ECF No. 81

| | |
|---|---|
| Name of Offender: Raymond Errott Barnes | Case Number: 0980 1:23CR02001-ACE1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: June 20, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: February 21, 2025 | |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: February 20, 2028 | |

## PETITIONING THE COURT

To issue a warrant

On February 24, 2025, a probation officer met with Mr. Barnes and reviewed the conditions of supervision as outlined in the judgment. Mr. Barnes indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: Mr. Barnes is considered to be in violation of his supervised release by consuming methamphetamine on or about September 5, 2025. |
| | On September 5, 2025, Mr. Barnes reported to the probation office as directed. During the contact, Mr. Barnes provided a presumptive positive drug test for the presence of methamphetamine. Mr. Barnes admitted that after STEP court on September 3, 2025, he used a controlled substance. The drug test was sent to Alere Toxicology for testing. |

Prob12C
**Re: Barnes, Raymond Errott**
**September 5, 2025**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Mr. Barnes to appear to answer to the allegation contained in this petition. Once Mr. Barnes is in custody, probation will work on securing an inpatient bed date for Mr. Barnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Phil Casey

09/05/2025

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

9/5/2025
Date