PROB 12C
(6/16)

Report Date: December 16, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2025

SEAN F. McAVOY, CLERK

ECF No. 97

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Raymond Errott Barnes | Case Number: 0980 1:23CR02001-MKD-1 |
| Address of Offender: ███████████ Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 20, 2023

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: February 21, 2025 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: February 20, 2028 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 16, 2025, and April 30, 2025.

On February 24, 2025, a probation officer met with Mr. Barnes and reviewed the conditions of supervision as outlined in the judgment. Mr. Barnes indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: Mr. Barnes is considered to be in violation of his supervised release by failing to provide a drug test on December 8, 9, and 10, 2025. |
| | On December 8, 2025, at approximately 8 a.m., this officer sent Mr. Barnes a text message directing him to report to the probation office for a drug test. Mr. Barnes sent this officer a text message at approximately 4 p.m. stating his phone was turned off and he just turned it back on. This officer responded and directed Mr. Barnes to report on December 9, 2025, in the morning for a drug test. |

Prob12C
**Re: Barnes, Raymond Errott**
**December 16, 2025**
**Page 2**

      Mr. Barnes did not report on December 9, 2025, in the morning as directed. He sent this officer a text message at approximately 3 p.m. on December 9, 2025, asking if this officer wanted him to report. He was directed to report and showed up to the probation office. Mr. Barnes attempted to provide a drug test for over an hour and was unable to produce a sample. Since he was unable to provide a drug test, this officer informed Mr. Barnes a home visit will be conducted on December 10, 2025, around 9 a.m., and this officer would collect a drug test.

      On December 10, 2025, this officer contacted Mr. Barnes at his residence in the morning and he was unable to provide a drug test. Mr. Barnes stated he just used the restroom before this officer arrived.

6      **Special Condition #3**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

      **Supporting Evidence**: Mr. Barnes is alleged to have violated his supervised release conditions by missing an outpatient substance abuse treatment session on December 9, 2025, at Merit Resource Services (Merit).

      On December 10, 2025, Mr. Barnes informed this officer that he showed up late for substance abuse treatment on December 9, 2025, at Merit, and the building was locked. Mr. Barnes was late for treatment because he was eating dinner before group and lost track of time.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Phil Casey
                    12/16/2025

                    Phil Casey
                    U.S. Probation Officer

Prob12C

**Re: Barnes, Raymond Errott**
**December 16, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*/s/ M. K. Dimke*

Signature of Judicial Officer

December 16, 2025

Date